DAVID N. CARVALHO, Appellant, *v.* THE BROOKLYN AND JAMAICA BAY TURNPIKE COMPANY, Respondent.

*Carvalho* v. *Brooklyn & J. B. Turnpike Co.,* 56 App. Div. 522, affirmed.
(Argued December 8, 1902; decided December 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 18, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*William J. Kelly* for appellant.

*Augustus Van Wyck* and *Charles W. Church, Jr.,* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.